Fourth Department, November, 2016

(November 10, 2016)

■ In the Matter of County of Orleans, Respondent, v Nirav R. Shah, M.D., M.P.H., Commissioner, New York State Department of Health, et al., Appellants. [40 NYS3d 338]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered October 1, 2014 in a CPLR article 78 proceeding and declaratory judgment action. The judgment, insofar as appealed from, granted the petition-complaint in part, annulled the determination of respondents-defendants and directed respondents-defendants to allow petitioner-plaintiff's claims for reimbursement.

It is hereby ordered that the judgment insofar as appealed from is unanimously reversed on the law without costs, the petition-complaint is denied in its entirety, and judgment is granted in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional (*see* Matter of County of Chemung v Shah, 28 NY3d 244 [2016]). Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.